IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 2 4 2006

RObERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

TIMOTHY P. ROBERTSON,                    )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )       No. CIV-05-277-W
                                         )
JO ANNE B. BARNHART,                     )
Commissioner, Social Security            )
Administration,                          )

## ORDER

On April 26, 2006, United States Magistrate Judge Doyle W. Argo issued a Report

and Recommendation in this matter and recommended that the Court affirm the decision

of the defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration

("Commissioner"), denying plaintiff Timothy P. Robertson disability insurance benefits.

Robertson was advised of his right to object to the Report and Recommendation, but he

has filed no objections within the allotted time.

Upon review, the Court concurs with Magistrate Judge Argo's suggested disposition

of this matter. The Court finds the Commissioner's factual findings are supported by

substantial evidence in the record and further finds that she applied the correct legal

standards.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued in this matter on April 26,

2006;

(2) AFFIRMS the Commissioner's decision to deny Robertson's Application for

Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this ⟋24th⟍ day of May, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

2